■ JOHN B. CARROLL et al., Appellants, v MCK BUILDING ASSOCIATES, INC., Respondent. [678 NYS2d 548] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Callahan, JJ.

■ WILLIAM C. MORRIS, II, et al., as Coexecutors and Trustees of a Trust Created by WILLIAM C. MORRIS, Deceased, Respondents, v CANADIAN FOUR STATE HOLDINGS, LTD., et al., Appellants. (Appeal No. 1.) [677 NYS2d 926] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Summary Judgment.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Callahan, JJ.